Tompkins v. Mann.

Affirmed.

Philip H. Tompkins

v.

James M. Mann et al.

| 6 | 171 |
| 51 | 585 |
| 6 | 171 |
| 70 | 376 |
| 6 | 171 |
| 110 | 322 |

Bill of exceptions—Must contain all the evidence.—In the absence of a certificate that the bill of exceptions contains all the evidence, it will be presumed that sufficient evidence was heard to warrant the judgment of the court.

ERROR to the Circuit Court of Cook county; the Hon. JOHN G. ROGERS, Judge, presiding. Opinion filed March 29, 1880.

Mr. WILLIAM LAW, JR., for plaintiff in error.

Messrs. TENNEY & FLOWER, for defendants in error.

BAILEY, P. J.    In this case the plaintiff in error brings here for review, an order of the court below vacating a judgment previously entered in said court by confession under a warrant of attorney.    The bill of exceptions recites, that on the hearing of the motion to vacate said judgment, certain affidavits therein set forth were introduced by the defendants in error, but there is no statement or certificate that the bill of exceptions contains all the evidence introduced upon said hearing.    In the absence of such certificate, it will be presumed that sufficient evidence was heard by the court to support and warrant its decision.    The only questions raised by the plaintiff in error relate to the sufficiency of the evidence, but as the record stands, none of said questions can be considered.    It follows that the judgment must be affirmed.

Judgment affirmed.